CECIL J. COWAN, Respondent, v. "JANE" McNEIL, First Name "Jane" Fictitious, the True First Name Being Unknown to the Plaintiff, Person Intended Being Known as MRS. HERMON McNEIL, and the Mother of CLAUDE McNEIL, Appellant.— Order denying motion to dismiss complaint affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within ten days from service

---

* Revd., 260 N. Y. 616.

of a copy of the order herein. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.